ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| ETC International, LLC | ) ASBCA No. 63666 |
| | ) |
| Under Contract No. FA8649-22-P-1006 | ) |

APPEARANCE FOR THE APPELLANT:      Anthony H. Anikeeff, Esq.
    Williams Mullen, P.C.
    Tysons, Virginia

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
    Air Force Deputy Chief Trial Attorney
    Geoffrey Townsend, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

By letter dated September 15, 2023, prior to filing its complaint, appellant submitted a notice of voluntary withdrawal and requested dismissal of this appeal without prejudice. The government has stated that it has no objections. Accordingly, this appeal is dismissed from the Board's docket without prejudice.

Dated: September 21, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63666, Appeal of ETC International, LLC, rendered in conformance with the Board's Charter.

Dated: September 21, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals